

FILED
MAY 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Thomas Bandyk
(Please print)

STREET ADDRESS: 3245 Woodberry Dr SE

CITY/STATE/ZIP: Kentwood, MI 49512

PHONE NUMBER: 616-450-5377

CASE NUMBER: 07C 7156

Signature: /s/ Thomas Bandyk

Date: 5-4-2008