## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JAMES L. KOPECKY, RECEIVER ) <br> FOR BRAD A. WEAVER AND ) <br> BETA ASSET MANAGEMENT, INC., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> THOMAS BANDYK, BANDYK ) <br> & ASSOCIATES, BANDYK & ) <br> & ASSOCIATES, SOLE PROPRIETOR ) <br> ) <br> **Defendants.** ) <br> ) | Case No. 07 C 7156 <br><br> Honorable Judge Andersen |

### Notice of Motion

To:   Thomas Bandyk
      3245 Woodberry Drive S.E.
      Kentwood, MI 49512

PLEASE TAKE NOTICE that on Thursday, September 25, 2008 at 9:00a.m., or as soon thereafter as Receiver may be heard, Receiver will present Plaintiff's Motion for Default Judgment to the Honorable Judge Wayne R. Andersen, or any Judge sitting in his stead, in the Courtroom usually occupied by him, Courtroom 1403, at 219 S. Dearborn, Chicago, Illinois.

Respectfully submitted,

_s/ James L. Kopecky_
James L. Kopecky, Receiver

### CERTIFICATE OF SERVICE

I, James L. Kopecky, do hereby attest and state that on September 9, 2008, I caused a copy of Plaintiff's Motion for Default Judgment to be served on Defendants by First Class Mail and by facsimile.

_s/ James L. Kopecky_
James L. Kopecky

James L. Kopecky, P.C.
190 South LaSalle St., Ste. 850-A
Chicago, IL 60603
312-527-3966